Dear Clerk,

I'm requesting that copies go to:

cc: AUSA Daniel Tvedt
cc: Pretrial Services
cc: Probation Services

RECEIVED APR 1 9 2013

I'm also requesting to correspond with the court officials via certified mail.

Respectfully Submitted:
Without Prejudice UCC1-207
Gregory Givens
4/15/13 2:00pm

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREGORY LATRELL GIVENS, | ) RECEIVED APR 1 9 2013<br>)<br>)<br>) Case No. 12-cr-00055-LRR<br>)<br>) NOTICE CONDITIONAL ACCEPTANCE<br>) OF ATTORNEY<br>)<br>) |

Notice is hereby given that a NOTICE CONDITIONAL ACCEPTANCE OF ATTORNEY in Case No. 12-cr-00055-LRR, in THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF IOWA, a copy attached hereto as "EXHIBIT 1" is given to Cory Goldensoph, Federal Defender Program, 225 2nd Street SE, Cedar Rapids, IA 52401, this 13th day of April A.D. 2013.

Executed without the United States of America, Linn County, Cedar Rapids, Iowa Republic this thirteenth day of the fourth month in the year of our Lord, two-thousand and thirteen.

In Witness Whereof, I have hereunto set my hand and seal.


_____
Gregory Latrell Givens, Secured Party Creditor
Executive Trustee for the Trust
Gregory Latrell Givens

Offeree:
Gregory Latrell Givens
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605
Non-domestic without the U.S.

RECEIVED APR 1 9 2013

NOTICE
NOTICE CONDITIONAL ACCEPTANCE OF ATTORNEY
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
(Applicable to all Successors and Assigns)

Date: April 13, 2013

To: Cory Goldensoph
    Attorney at Law
    310 LAW BUILDING
    225 2nd Street SE
    Cedar Rapids, IA 52401
    Phone: (319) 364-5525
    Email: cjgoldensoph@iabar.org

Re: Court Appointment of a Public Defender for Gregory Latrell Givens in Case No. 12-cr-00055-LRR, in THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF IOWA (UNITED STATES OF AMERICA v. GREGORY LATRELL GIVENS).

Dear Sir:

Thank you very much for your offer of assitance. I'm confident the court would not offer to appoint an attorney such as you unless they were of the highest caliber.

Notice is hereby given that you are either terminated as of April 13, 2013, or the Offeree conditionally accepts your offer as Public Defender to represent Defendant, Gregory Latrell Givens in Case No. 12-cr-00055-LRR, in THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF IOWA on condition that:

1. The offeree does not have the capacity to bring the remedy to the Court making the appointment of a public defender/attorney representing the Defendant Gregory Latrell Givens or the Offeree moot, and;

Cory Goldensoph, Federal Defender Program, 225 2nd Street SE, Cedar Rapids, IA 52401, be personally converted on all liability as surety for the Defendant, Gregory Latrell Givens in Case No. 12-cr-00055-LRR, in THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA (UNITED STATES OF AMERICA v. GREGORY LATRELL GIVENS).

This CONDITIONAL ACCEPTANCE OF ATTORNEY APPOINTMENT is intended as a complete and exclusive statement of the terms of the agreement between the parties as a "Final Expression in a Record" as it relates to appointment of an attorney in this instant matter UNITED STATES OF AMERICA v. GREGORY LATRELL GIVENS in Case No. 12-cr-00055-LRR, in THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF IOWA.

*Gregory Givens*
Authorized Representative

cc:

Cory Goldensoph
Attorney at Law
225 2nd Street SE
Cedar Rapids, IA 52401

AUSA
Daniel C. Tvedt
111 7th Avenue, SE
Cedar Rapids, IA 52401

Clerk of the Court
Northern District of Iowa
111 7th Avenue, SE Box 12
Cedar Rapids, IA 52401



Gregory Graves #12540-029
Metropolitan Correctional Center
71 W. Van Buren
Chicago, IL 60605

U.S. Dist. C+
Clerk of Courts
111 7th Ave SE Box 12
Cedar Rapids, IA 52401

Legal Documents
Enclosed