IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 12-00055 LRR |
| Plaintiff, ) | |
| ) | |
| vs. ) | DEFENDANT'S SENTENCING |
| ) | MEMORANDUM |
| GREGORY LATRELL GIVENS, ) | |
| ) | |
| Defendant. ) | |

Sentencing is scheduled for July 29, 2013 at 10:00 a.m. Pursuant to the Order filed July 1, 2013, the Defendant provides the following information:

### I. Witnesses

Defendant does not anticipate calling any witnesses at the sentencing hearing.

### II. Exhibits

Defendant does not anticipate presenting any exhibits at the sentencing hearing.

### III. Sentencing Issues

Defendant hereby withdraws all objections previously made to the Presentence Investigation Report with the exception to those made by the Defendant himself.

---

CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2013, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Mr. Daniel C. Tvedt

s/Jodi Tielebein

cc: Mr. Daniel C. Tvedt
    Assistant U.S. Attorney

    Mr. Gregory Givens

s/Cory Goldensoph
Cory Goldensoph            AT0002826
225 Second Street S.E., Suite 310
Cedar Rapids, Iowa 52401
Telephone No. (319) 364-5525
Facsimile No. (319) 363-4851
E-mail:    cjgoldensoph@iabar.org

ATTORNEY FOR DEFENDANT