IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 12-0055 LRR |
| | ) | |
| vs. | ) | |
| | ) | |
| GREGORY LATRELL GIVENS, | ) | |
| | ) | |
| Defendant. | ) | |

**SENTENCING MEMORANDUM**

Sentencing is currently scheduled for July 29, 2013, at 10:00 a.m. Pursuant to the Order Setting Sentencing Hearing, the United States provides the following information:

A. **Witnesses:** None.

B. **Exhibits:** The United States does not intend to offer any exhibits but will rely upon the uncontested information in the presentence report and the evidence presented at trial.

C. **Issues:** The probation office states the Court will need to resolve two factual issues at sentencing, specifically whether the trial evidence supports the verdicts on Counts 1 and 2. Defendant denies possession of the ammunition and crack cocaine seized in this case. (See Defendant's Objections to Presentence Investigation Report: Dkt # 115). This issue was resolved by the jury's verdict and it is "improper for the judge in sentencing to rely on facts directly inconsistent with

1

those found by the jury beyond a reasonable doubt." *United States v. Bertling*, 611 F.3d 477, 481 (8th Cir. 2010).  Accordingly, there are no factual issues needing resolution by the court.

>Respectfully submitted,
>
>SEAN R. BERRY
>United States Attorney
>
>By, /s/ *Daniel C. Tvedt*
>
>DANIEL C. TVEDT
>Assistant United States Attorney
>111 Seventh Avenue SE, Box 1
>Cedar Rapids, IA  52401-2101
>319-363-6333;
>319-363-1990 (Fax)
>Dan.Tvedt@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on July 8, 2013.

UNITED STATES ATTORNEY

BY:  s/ D.Halfman

COPIES TO:
Cory Goldensoph
Daren Schumaker, USPO