# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-2713
_____

United States of America

Plaintiff - Appellee

v.

Gregory Latrell Givens

Defendant - Appellant

_____

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:12-cr-00055-LRR-1)
_____

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 15, 2014

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans